# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carlson, Thomas E. | U.S. Bankruptcy Court, N.D. CA | 7/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Hon. Thomas E. Carlson
235 Pine Street, 24th Floor
San Francisco, CA 94104

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 7/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Deloitte & Touche |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 7/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 7/11/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Savings Account | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank IRA Stage Coach Equity Index Fund A | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Bank IRA Stage Coach Equity Index Fund A | B | Dividend | L | T | | | | | |
| 4. Wells Fargo Bank - Savings Account | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank - Money Market Account | B | Interest | J | T | | | | | |
| 6. Wells Fargo Bank - Checking Account | A | Interest | J | T | | | | | |
| 7. Wells Fargo Bank - Asset Allocation Fund B | A | Dividend | J | T | | | | | |
| 8. Fidelity - Equity Growth Fund B | A | Dividend | J | T | | | | | |
| 9. Wells Fargo Bank - Large Company Growth Fund B | B | Dividend | K | T | | | | | |
| 10. Deloitte & Touche - 401(k) Vanguard | A | Dividend | M | T | Buy | | J | | Deloitte |
| 11. Deloitte & Touche - Profit Sharing | A | Distribution | M | T | Buy | | J | | Deloitte |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 7/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Attachment to 2013 Financial Disclosure Report
Thomas E. Carlson
Attachment 1 of 1

Part of report:  VII. INVESTMENTS and TRUSTS

10. (2) Date
11. (2) Date

Transactions of �_▮▮▮▮▮▮▮▮▮▮_ re Deloitte 401(k) Plan and Deloitte Profit Sharing Plan ▮ employer)

▮▮▮▮▮▮▮▮ Contributions - 2013

Date 01/11/13 - 401(k) - $1,473.08
Date 01/25/13 - 401(k) - $1,473.08
Date 02/08/13 - 401(k) - $1,473.08
Date 02/22/13 - 401(k) - $1,473.08
Date 03/08/13 - 401(k) - $1,473.08
Date 03/22/13 - 401(k) - $1,473.08
Date 04/05/13 - 401(k) - $1,473.08
Date 04/19/13 - 401(k) - $1,473.08
Date 05/03/13 - 401(k) - $1,473.08
Date 05/17/13 - 401(k) - $1,473.08
Date 05/31/13 - 401(k) - $1,473.08 - Profit Sharing - $5,000.00
Date 06/14/13 - 401(k) - $1,292.17 - Profit Sharing - $1,809.04
Date 06/28/13 - 401(k) - $    3.95 - Profit Sharing - $1,809.04
Date 07/12/13 - 401(k) - $    0.00 - Profit Sharing - $1,809.04
Date 07/26/13- 401(k) - $    0.00 - Profit Sharing - $1,809.04
Date 08/09/13 - 401(k) - $    0.00 - Profit Sharing - $1,809.04
Date 08/23/13 - 401(k) - $    0.00 - Profit Sharing - $1,809.04
Date 09/06/13 - 401(k) - $    0.00 - Profit Sharing - $2,040.53 + $6,201.75
Date 09/20/13 - 401(k) - $    0.00 - Profit Sharing - $1,842.11
Date 10/04/13 - 401(k) - $    0.00 - Profit Sharing - $1,842.11
Date 10/18/13 - 401(k) - $    0.00 - Profit Sharing - $1,842.11
Date 11/01/13 - 401(k) - $    0.00 - Profit Sharing - $1,842.11
Date 11/15/13 - 401(k) - $    0.00 - Profit Sharing - $1,842.11
Date 11/29/13 - 401(k) - $    0.00 - Profit Sharing - $   192.93
Date 12/13/13 - 401(k) - $    0.00 - Profit Sharing - $    0.00
Date 12/27/13 - 401(k) - $    0.00 - Profit Sharing - $    0.00

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 7/11/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas E. Carlson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544